**FILED**

AUG 2 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08CR5 0040 |
| vs. | ) | Violation: Title 18, United |
| WAYNE NELSON DUERKES | ) | States Code, Section 1711 |

The UNITED STATES ATTORNEY charges:

Beginning August 22, 2005, and continuing until September 6, 2007, at Somonauk, in the Northern District of Illinois, Western Division,

WAYNE NELSON DUERKES,

defendant herein, being a United States Postal Service employee, namely a postmaster, did convert to his own use, in a manner not authorized by law, money and property with a value exceeding $1,000, namely 106 postal domestic money orders having a total value of $32,090.76, which had come into his hands and were under his control in the execution and under color of his employment;

In violation of Title 18, United States Code, Section 1711.

UNITED STATES ATTORNEY