**FILED**

AUG 2 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: **08CR50040**

Case Name: U.S. v. Wayne Nelson Duerkes

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)           ☐ Income Tax Fraud .......... (II)           ☐ DAPCA Controlled Substances .... (III)
   ☐ Criminal Antitrust (II)                 ☐ Postal Fraud ............. (II)           ☐ Miscellaneous General Offenses .... (IV)
   ☐ Bank robbery .......... (II)            ☐ Other Fraud .............. (III)          ☐ Immigration Laws ............ (IV)
   ☐ Post Office Robbery ..... (II)          ☐ Auto Theft ............... (IV)           ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Other Robbery .......... (II)           ☐ Transporting Forged Securities .. (III)   ☐ Food & Drug Laws ........... (IV)
   ☐ Assault ................ (III)          ☐ Forgery ................. (III)           ☐ Motor Carrier Act .......... (IV)
   ☐ Burglary .............. (IV)            ☐ Counterfeiting .......... (III)           ☐ Selective Service Act ....... (IV)
   ☐ Larceny and Theft ...... (IV)           ☐ Sex Offenses ............ (II)            ☐ Obscene Mail ............. (III)
   ☒ Postal Embezzlement ..... (IV)          ☐ DAPCA Marijuana ......... (III)           ☐ Other Federal Statutes ....... (III)
   ☐ Other Embezzlement ..... (III)          ☐ DAPCA Narcotics ......... (III)           ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.
    Title 18, United States Code, Section 1711

_____
JOHN G. MCKENZIE
Assistant United States Attorney

(Revised 12/99)