FILED

AO 455 (Rev. 5/85) (modified) Waiver of Indictment          AUG 27 2008

MICHAEL W. DOBBINS
# UNITED STATES DISTRICT COURT
CLERK, U.S. DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                       **WAIVER OF INDICTMENT**

WAYNE NELSON DUERKES                     CASE NUMBER: 08 CR 50040

I, Wayne Nelson Duerkes, the above named defendant, am accused of converting and embezzling, while a United States Postal Service employee, $32,090.76 of money and property of the United States Postal Service, in violation of 18 U.S.C. § 1711, and having been advised of the nature of the charge, the information that has been filed in this matter, and of my rights, including the right to have the charge against me contained in the criminal information prosecuted by an indictment returned by a concurrence of twelve or more members of a legally constituted grand jury consisting of not less than sixteen and not more than twenty-three members, hereby waive in open court my rights to have the charge against me contained in the criminal information prosecuted by an indictment and to assert at trial or on appeal any defects or errors arising from the information, the information process, or the fact that I have been prosecuted by information, and consent that the proceeding may be by information rather than by indictment. Other than as provided above, I understand that by waiving indictment I am not giving up any defenses which I may have to the charge against me contained in the criminal information. I have read this waiver, carefully reviewed it with my attorney, understand its meaning, and knowingly and voluntarily enter it in open court on August 27th, 2008.

_____
Wayne Nelson Duerkes, Defendant

_____
Paul E. Gaziano, Counsel for Defendant

Before _____
Frederick J. Kapala, District Court Judge